UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE:<br>　JAMES C. PENNY JR.<br>　MELISSA S. PENNY<br><br>　　　　　　　　　Debtors | CASE NO: 07-30391<br>　　(Chapter 13)<br><br>JUDGE GUY R. HUMPHREY |
| --- | --- |

---

## REPORT OF UNCLAIMED FUNDS

---

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4004778**

| Ct / Tee Claim # | Address | Amount |
| --- | --- | --- |
| 8/ 38 | DIGESTIVE SPECIALISTS<br>999 BRUBAKER DR<br>KETTERING, OH  45429 | 3.54 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 3/10/2010

Certificate of Service                          07-30391

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class
mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

JAMES C. PENNY JR.
MELISSA S. PENNY
1576 STATE ROUTE 121 S.
NEW MADISON, OH  45346

RANDALL E BREADEN
414 WALNUT ST
GREENVILLE, OH  45331

(38.1)
DIGESTIVE SPECIALISTS
999 BRUBAKER DR
KETTERING, OH  45429

(86.1n)
OHIO DEPT OF TAXATION
BANKRUPTCY DIVISION
BOX 530
COLUMBUS, OH  43216

(88.1n)
OHIO DEPT OF TAXATION
% RAYMOND PIKNA JR.
600 VINE ST  STE 2500
CINCINNATI, OH  45202

(89.1n)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA  23541

(90.1n)
PRA RECEIVABLES MANAGEMENT LLC
AGENT OF PORTFOLIO RECOVERY
BOX 41067
NORFOLK, VA  23541

(87.1n)
UNITED MIDWEST SAVINGS BANK
%GRIFFITH & WORTH
522 N STATE ST
WESTERVILLE, OH  43082

(85.1n)
UNITED TELEPHONE EMBARQ
MS
BOX 7971
SHAWNEE MISSION, KS  66207

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner              bl