UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>   JAMES C. PENNY JR.<br>   MELISSA S. PENNY<br><br>                           Debtors | CASE NO: 07-30391<br>        (Chapter 13)<br><br>JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4004926**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 3/ 66 | REHMERT NURSERY INC<br>3875 ST RTE 502<br>BOX 27<br>GREENVILLE, OH  45331 | 68.06 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 3/15/2010

Certificate of Service    07-30391

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| JAMES C. PENNY JR.<br>MELISSA S. PENNY<br>1576 STATE ROUTE 121 S.<br>NEW MADISON, OH  45346 | RANDALL E BREADEN<br>414 WALNUT ST<br>GREENVILLE, OH  45331 | (86.1n)<br>OHIO DEPT OF TAXATION<br>BANKRUPTCY DIVISION<br>BOX 530<br>COLUMBUS, OH  43216 |
| (88.1n)<br>OHIO DEPT OF TAXATION<br>% RAYMOND PIKNA JR.<br>600 VINE ST  STE 2500<br>CINCINNATI, OH  45202 | (89.1n)<br>PORTFOLIO RECOVERY ASSOCIATES<br>BOX 41067<br>NORFOLK, VA  23541 | (90.1n)<br>PRA RECEIVABLES MANAGEMENT LLC<br>AGENT OF PORTFOLIO RECOVERY<br>BOX 41067<br>NORFOLK, VA  23541 |
| (66.1)<br>REHMERT NURSERY INC<br>3875 ST RTE 502<br>BOX 27<br>GREENVILLE, OH  45331 | (87.1n)<br>UNITED MIDWEST SAVINGS BANK<br>%GRIFFITH & WORTH<br>522 N STATE ST<br>WESTERVILLE, OH  43082 | (85.1n)<br>UNITED TELEPHONE EMBARQ<br>MS<br>BOX 7971<br>SHAWNEE MISSION, KS  66207 |

Jeffrey M. Kellner BY    /s/ Jeffrey M. Kellner    bl